1705491-Court-A-U.S.
MATTHEW SCHMIDT FOR LOJTO
THE LAW OFFICES OF JOHN T. ORCUTT
6616-203 SIX FORKS RD
RALEIGH, NC 27615

IN RE
AUDREA LYNNE CLARK
6532 PACIFIC AVENUE

FAYETTEVILLE, NC 28314

SSN or Tax I.D.    XXX-XX-8155

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Chapter 13
Case Number:    17-05491-5-JNC

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III , Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before  11/01/2019 , you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

U.S. Bankruptcy Court
PO Box 791
Raleigh, NC  27602

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| AUDREA LYNNE CLARK | MATTHEW SCHMIDT FOR LOJTO | Joseph A. Bledsoe, III |
| 6532 PACIFIC AVENUE | THE LAW OFFICES OF JOHN T. ORCUTT | P.O. Box 1618 |
| FAYETTEVILLE, NC 28314 | 6616-203 SIX FORKS RD | New Bern, NC 28563 |
| | RALEIGH, NC 27615 | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:    October 01, 2019

Joseph A. Bledsoe, III
Chapter 13 Trustee
P.O. Box 1618
New Bern, NC 28563

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:                                                                 CASE NUMBER: 17-05491-5-JNC

**AUDREA LYNNE CLARK**

                                                                                                  CHAPTER 13
                    DEBTOR(S)

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on December 13, 2017, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    | Amount | | Months | |
    |---|---|---|---|
    | $1,851.00 | for | 2 | Months |
    | $1,865.00 | for | 18 | Months |
    | $1,975.00 | for | 40 | Months |
    | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before March 13, 2018 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before May 7, 2018 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #011 Cumberland Co Tax | Tax lien | Outside |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #800 US Bank Trust | Residence | Contractual payment in the amount of $798.13 for 11 months followed by $834.95 for 47 months to be paid by Trustee effective with the February 2018 payment |
| #801 US Bank Trust | Residence administrative arrears claim | $1,596.26 to be paid over life of plan by Trustee (December 2017 and January 2018 payments) |
| #802 US Bank Trust | Residence pre-petition arrears | $10,144.17 to be paid over life of plan |
| #803 US Bank Trust | Mortgage fees | $250.00 to be paid over life for plan |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #004 Barefoot Furniture | Household goods | $512.00 @ 6.25% to be paid over life of plan |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #009 JPMorgan Chase | '16 Mazda 6 | $21,825.00 secured<br>$9,390.75 unsecured | 6.25% to be paid over life of plan |

| | | | |
|---|---|---|---|
| #018 Americredit | '14 Mazda 3 | $12,425.00 secured | 6.25% to be paid over life of plan |
| | | $4,988.97 unsecured | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

   NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
|---|---|---|
| #001 Allstate Security | Security alarm | Assume |
| #003 American Home Shield | Home warranty | Assume |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $4,950.00. The Trustee recommends to the Court a fee of $4,950.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

s/ Joseph A. Bledsoe, III  
Joseph A. Bledsoe, III  
Standing Chapter 13 Trustee

**EXHIBIT 'A'**                                       CASE NUMBER: 17-05491-5-JNC

**DEBTORS:**    AUDREA LYNNE CLARK

**EMPLOYMENT:**

Debtor:    WOMACK ARMY MEDICAL                GROSS INCOME:    $77,947.68
           CENTER / PENSION / SUPPORT
           PAYMENTS / CAPE FEAR VALLEY
           MEDICAL CENTER

Spouse:

**Prior Bankruptcy cases:**    Yes ☒    No ☐    If so, Chapter   13   filed   09/29/10
Disposition:    DISCHARGED 02/05/15

**Real Property:**  House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:    RESIDENCE
FMV            $118,300.00              Date Purchased
Liens          $97,500.81               Purchase Price
Exemptions     $20,799.19               Improvements
Equity         $ 0.00                   Insured For
Rent                                    Tax Value


**COMMENTS:**

| **Attorney Fees:** | Requested: | $4,950.00 | (excluding filing fee) |
|---|---|---|---|
|  | Paid: | $0.00 | (excluding filing fee) |
|  | Balance: | $4,950.00 |  |

**Trustee's Recommendation:**          $4,950.00
Comments:

**Plan Information:**

| Plan Information: |  | After 341 |  | Payout % After 341 |  |
|---|---|---|---|---|---|
| Total Debts | $129,283.22 | Pay in | $116,272.00 | Priority | 100.00% |
| Priority | $7,094.80 | Less   6.00% | $6,976.32 | Secured | 100.00% |
| Secured | $101,674.11 | Subtotal | $109,295.68 | Unsecured | 3.00% |
| Unsecured | $20,514.31 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts |  | Available | $109,295.68 | Co-Debts | % |
| Co-Debtor |  |  |  |  |  |


                                    **Payroll Deduction:** Yes  ☒      No ☐
**Objection to Confirmation:**        Yes  ☒      No ☐

   Pending:    SEE COURT DOCKET
   Resolved:   SEE COURT DOCKET

**Motions Filed:**       Yes ☐      No ☒

   If so, indicate type and status:   SEE COURT DOCKET

Hearing Date:

| CASE: 1705491 | TRUSTEE: 2V | COURT: 278 | | Page 1 of 2 |
|---|---|---|---|---|
| TASK: 09-30-2019.01233247.LSA000 | | DATED: 10/01/2019 | | |

| | | | | |
|---|---|---|---|---|
| Court | | Served Electronically | | |
| Trustee | | Joseph A. Bledsoe, III | | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | AUDREA LYNNE CLARK | | 6532 PACIFIC AVENUE<br>FAYETTEVILLE, NC 28314 |
| 799 | 000002 | MATTHEW SCHMIDT FOR LOJTO<br>6616-203 SIX FORKS RD | | THE LAW OFFICES OF JOHN T. ORCUTT<br>RALEIGH, NC 27615 |
| 019 | 000012 | INTERNAL REVENUE SERVICE<br>PO BOX 7346 | | ATTN: OFFICER<br>PHILADELPHIA, PA 19101-7346 |
| 019 | 000044 | INTERNAL REVENUE SERVICE<br>PO BOX 7346 | | ATTN: OFFICER<br>PHILADELPHIA, PA 19101-7346 |
| 031 | 000034 | US ATTORNEY'S OFFICE<br>SUITE 800, FEDERAL BLDG | | 950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530 |
| 008 | 000018 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO BOX 41067 | | ATTN: OFFICER<br>NORFOLK, VA 23541 |
| 016 | 000030 | FIRST POINT COLLECTION RESOURCES<br>CHAPTER 13 BANKRUPTCY | | 225 COMMERCE PLACE<br>GREENSBORO, NC 27402 |
| 030 | 000035 | U S ATTORNEY'S OFFICE<br>STE 800 FEDERAL BLDG | | 310 NEW BERN AVE<br>RALEIGH, NC 27601-1461 |
| 029 | 000033 | STATE OF NORTH CAROLINA<br>P O BOX 629 | | C/O NC DEPARTMENT OF JUSTICE<br>RALEIGH, NC 27602-0629 |
| 022 | 000014 | NC DEPT OF REVENUE<br>PO BOX 1168 | | ATTN: OFFICER /ANGELA C FOUNTAIN BR<br>RALEIGH, NC 27602-1168 |
| 022 | 000043 | NC DEPT OF REVENUE<br>PO BOX 1168 | | ATTN: OFFICER /ANGELA C FOUNTAIN BR<br>RALEIGH, NC 27602-1168 |
| 020 | 000013 | JOHN T ORCUTT<br>6616-203 SIX FORKS RD | | ATTORNEY AT LAW<br>RALEIGH, NC 27615-0000 |
| 024 | 000023 | OPTIMUM OUTCOMES | | PO BOX 58015<br>RALEIGH, NC 27658 |
| 028 | 000011 | SHAPIRO & INGLE, LLP<br>CHAPTER 13 BANKRUPTCY | | 10130 PERIMETER PARKWAY, STE. 400<br>CHARLOTTE, NC 28216 |
| 034 | 000039 | SHAPIRO & INGLE, LLP<br>CHAPTER 13 BANKRUPTCY | | 10130 PERIMETER PARKWAY, STE. 400<br>CHARLOTTE, NC 28216 |
| 026 | 000025 | PINEHURST MEDICAL CLINIC | | PO BOX 63289<br>CHARLOTTE, NC 28263-3289 |
| 007 | 000017 | CAPE FEAR VALLEY HEALTH SYSTEM | | PO BOX 788<br>FAYETTEVILLE, NC 28302 |
| 011 | 000005 | CUMBERLAND CO TAX COLLECTOR | | PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 |
| 012 | 000006 | CUMBERLAND CO TAX COLLECTOR | | PO BOX 449<br>FAYETTEVILLE, NC 28302-0449 |
| 014 | 000027 | DR. RAKESH PARICKH | | 1205 WALTER REED RD<br>FAYETTEVILLE, NC 28304 |
| 027 | 000026 | PINNACLE FAMILY CARE | | 3625 CAPE CENTER DR<br>FAYETTEVILLE, NC 28304 |
| 001 | 000036 | ALLSTATE SECURITY | | PO BOX 65576<br>FAYETTEVILLE, NC 28306 |
| 005 | 000015 | CAPE FEAR FLOORING | | 2731 HOPE MILLS RD<br>FAYETTEVILLE, NC 28306 |

```
CASE: 1705491         TRUSTEE: 2V           COURT: 278                                    Page 2 of 2
TASK: 09-30-2019.01233247.LSA000            DATED: 10/01/2019
```

| | | | |
|---|---|---|---|
| 004 | 000003 | BAREFOOT FURNITURE CO | 1708 CLINTON RD<br>FAYETTEVILLE, NC 28312 |
| 006 | 000016 | CAPE FEAR ORTHOPAEDIC CLINIC<br>SUITE 801 | 4140 FERNCREEK DR<br>FAYETTEVILLE, NC 28314 |
| 023 | 000022 | NGOZIKA DAKA, DMD, PA | 4155 FERNCREEK DR STE 101<br>FAYETTEVILLE, NC 28314 |
| 010 | 000019 | LVNV FUNDING, LLC / FNBM, LLC<br>PO BOX 10587 | RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 003 | 000037 | AMERICA HOME SHIELD | PO BOX 2803<br>MEMPHIS, TN 38101 |
| 033 | 000038 | SYNCHRONY BANK<br>PO BOX 41021 | C/O PRA RECEIVABLES MANAGEMENT, LLC<br>NORFOLK, VA 41021 |
| 015 | 000021 | FFCC COLUMBUS INC. | 1550 OLD HENDERSON RD, STE 5100<br>COLUMBUS, OH 43220-3626 |
| 017 | 000031 | FRONTLINE ASSET STRATEGIES, LLC<br>SUITE 250 | 2700 SNELLING AVENUE NORTH<br>ROSEVILLE, MN 55113 |
| 002 | 000029 | ALLTRAN FINANCIAL, LP | PO BOX 610<br>SAUK RAPIDS, MN 56379 |
| 018 | 000040 | AMERICREDIT FINANCIAL SERVICES<br>PO BOX 183853 | ATTN: OFFICER /DBA: GM FINANCIAL<br>ARLINGTON, TX 76096 |
| 018 | 000007 | AMERICREDIT FINANCIAL SERVICES<br>PO BOX 183853 | ATTN: OFFICER /DBA: GM FINANCIAL<br>ARLINGTON, TX 76096 |
| 035 | 000041 | AMERICREDIT FINANCIAL SERVICES<br>PO BOX 183853 | ATTN: OFFICER /DBA: GM FINANCIAL<br>ARLINGTON, TX 76096 |
| 025 | 000024 | PHARMONIX LAB LP | 10700 STANCLIFF ROAD<br>HOUSTON, TX 77099 |
| 032 | 000028 | USAA CREDIT CARD SERVICES | PO BOX 65020<br>SAN ANTONIO, TX 78265-5020 |
| 013 | 000020 | DISCOVER CARD | PO BOX 30943<br>SALT LAKE CITY, UT 84130 |
| 009 | 000004 | JPMORGAN CHASE BANK, N.A.<br>P.O. BOX 29505 AZ1-1191 | NATIONAL BANKRUPTCY DEPARTMENT<br>PHOENIX, AZ 85038-9505 |
| 009 | 000042 | JPMORGAN CHASE BANK, N.A.<br>P.O. BOX 29505 AZ1-1191 | NATIONAL BANKRUPTCY DEPARTMENT<br>PHOENIX, AZ 85038-9505 |
| 021 | 000032 | LVNV FUNDING, LLC | 625 PILOT ROAD, STE 2/3<br>LAS VEGAS, NV 89119 |
| 800 | 000008 | US BANK TRUST<br>323 5TH STREET | C/O SN SERVICING CORP<br>EUREKA, CA 95501 |
| 801 | 000009 | US BANK TRUST<br>323 5TH STREET | C/O SN SERVICING CORP<br>EUREKA, CA 95501 |
| 802 | 000010 | US BANK TRUST<br>323 5TH STREET | C/O SN SERVICING CORP<br>EUREKA, CA 95501 |
| 803 | 000045 | US BANK TRUST<br>323 5TH STREET | C/O SN SERVICING CORP<br>EUREKA, CA 95501 |

47 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 10/01/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   10/01/2019   BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail